UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08CV01843 JCH |
| ) | |
| ONE 1993 BLACK CUSTOM ) | |
| MOTORCYCLE, MISSOURI ) | |
| IDENTIFICATION NUMBER ) | |
| DR145798MO, ) | |
| WITH ALL APPURTENANCES AND ) | |
| ATTACHMENTS THEREON, ) | |
| ) | |
| Defendant. ) | |

## ORDER ADOPTING SETTLEMENT AGREEMENT

A Settlement Agreement and Mutual Release of All Claims having been filed by the United States of America and the claimant, Stephen Morris,

IT IS HEREBY ORDERED THAT, pursuant to that agreement, the interest of claimant Steve Morris in one 1993 Black Custom Motorcycle, Missouri Identification Number DR145798MO, with all appurtenances and attachments therein, is now forfeited and his claim is withdrawn, and

This claim is dismissed, with all parties to bear their own costs.

IT IS SO ORDERED,

_____
JEAN C. HAMILTON
UNITED STATES DISTRICT JUDGE

Dated this 24th Day of September, 2009